

Bronwyn Roberts
T: +1 617 937 2434
broberts@cooley.com

January 26, 2023

The Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
One Courthouse Way
Boston, MA 02210

**Re:    Hoffman v. Thrasio, Inc., et. al; Case No. 1:20-cv-12224**

Dear Judge Saris:

As requested by the Court at the summary judgment hearing on January 19, 2023, counsel for the parties have conferred in an effort to resolve this matter.  The parties have agreed to go to private mediation in February or early March 2023.  The parties are in the process of exchanging potential mediation dates and identifying available mediators.

Please let us know if we can provide any additional information.


Sincerely



/s/ *Bronwyn Roberts*
Bronwyn Roberts


BR