

Bronwyn Roberts
T: +1 617 937 2434
broberts@cooley.com

February 2, 2023

The Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
One Courthouse Way
Boston, MA 02210

**Re:  Hoffman v. Thrasio, Inc., et. al; Case No. 1:20-cv-12224**

Dear Judge Saris:

I write to update the Court on the status of mediation in the above-referenced matter.  The parties have agreed to mediate before Mark Irvings, Esq. on February 9, 2023.

Please let us know if we can provide any additional information.


Sincerely,


*/s/ Bronwyn Roberts*
Bronwyn Roberts


BR

Cooley LLP   500 Boylston Street   14th Floor   Boston, MA   02116-3736
t: +1 617 937 2300  f: +1 617 937 2400  cooley.com