UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SASHA HOFFMAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>THRAS.IO, INC., JOSHUA SILBERSTEIN, and CARLOS CASHMAN,<br><br>                    Defendants. | Civil Action No.: 1:20-cv-12224-PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree that all claims asserted by Plaintiff Sasha Hoffman against defendants Thras.io, Inc. (now Thrasio, LLC), Joshua Silberstein, and Carlos Cashman shall hereby be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees, and waiving interest and all rights to appeal.

Dated: February 27, 2023

Respectfully submitted,

| | |
|---|---|
| <u>/s/      Sean T. Carnathan</u> | <u>/s/ Bronwyn Lee Roberts</u> |
| Sean T. Carnathan (BBO # 636889) | Gerard D. O'Shea (BBO # 660236) |
| Stephanie R. Parker (BBO # 687610) | Bronwyn Lee Roberts (BBO # 638079) |
| O'Connor Carnathan and Mack LLC | Timothy W. Cook (BBO # 688688) |
| 1 Van de Graaff Drive, Suite 104 | COOLEY LLP |
| Burlington, MA 01803 | 500 Boylston Street |
| Tel.: (781) 359-9000 | Boston, MA 02116 |
| scarnathan@ocmlaw.net | Tel.: (617) 937-2349 |
| sparker@ocmlaw.net | Fax: (617) 937-2400 |
| | goshea@cooley.com |
| | broberts@cooley.com |
| | tcook@cooley.com |
| *Counsel for Plaintiff Sasha Hoffman* | *Counsel for Defendants Thras.io, Inc. (now Thrasio, LLC), Joshua Silberstein, and Carlos Cashman* |